No. 01–6690. IN RE YOUNG. Sup. Ct. Ky. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition

for writ of common-law certiorari dismissed. See this Court's Rule 39.8.